

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2015

No. 04-15-00502-CR

Charles Marcus **FINCH,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5558
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The court reporter's record was due October 2, 2015. On October 5, 2015, the court reporter responsible for preparing the reporter's record for this appeal filed a notification of late record stating the reporter's record has not been filed because (1) appellant has not requested the record in writing, and (2) has not paid or made arrangements to pay the reporter's fee to prepare the record and is not entitled to the record without paying the reporter's fee for preparing the record. On October 27, 2015, appellant filed an affidavit of indigence, indicating he is entitled to the reporter's record without paying the reporter's fee for preparing the record.

It is therefore **ORDERED** that appellant provide written proof to this court on or before **November 19, 2015** that the appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). The reporter's record must be filed no later than thirty days after the date appellant's written proof is filed with this court.

The clerk of this court is **ordered** to serve a copy of this order on all counsel, the district clerk, and the court reporter.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2015.



Keith E. Hottle
Clerk of Court